UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| HATCH, YOLANDA MARIE | § | Case No. 10-06869 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 02/22/2010 . The undersigned trustee was appointed on 02/22/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | | |
|---|---|---|---|
| 4. The trustee realized gross receipts of | | $ | 5,997.40 |
| Funds were disbursed in the following amounts: | | | |
| Administrative expenses | | | 0.00 |
| Payments to creditors | | | 0.00 |
| Non-estate funds paid to 3rd Parties | | | 0.00 |
| Payments to the debtor | | | 0.00 |
| Leaving a balance on hand of[1] | | $ | 5,997.40 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 08/10/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,349.74 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,349.74 , for a total compensation of $ 1,349.74 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/13/2010            By:/s/PHILIP V. MARTINO
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## TASKS PERFORMED BY TRUSTEE

Reviewed petition in preparation for 341 meeting; attended the 341 meeting; conferences with Debtor's and creditors' counsel regarding assets; reviewed court claims docket and proofs of claim; addressed income tax issues (tax return not required); maintained estate's bookkeeping records, and filed the necessary reports, including this final report, with the Office of the U.S. Trustee.

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:        10-06869    CAD    Judge: CAROL A. DOYLE             Trustee Name:                  PHILIP V. MARTINO
Case Name:      HATCH, YOLANDA MARIE                                  Date Filed (f) or Converted (c):  02/22/10 (f)
                                                                      341(a) Meeting Date:           04/01/10
For Period Ending: 08/13/10                                           Claims Bar Date:               08/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE COMMONLY KNOWN AS 3508 WEST 85TH PLACE | 189,000.00 | 0.00 | | 0.00 | FA |
| 2. INVESTMENT PROPERTY AT 518 W 81ST STREET, CHICAGO, | 239,000.00 | 0.00 | | 0.00 | FA |
| 3. INVESTMENT PROPERTY AT 7632 S EMERALD, CHICAGO, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH ON HAND LOCATION: IN DEBTOR'S POSSESSION | 100.00 | 0.00 | | 0.00 | FA |
| 5. CHASE CHECKING ACCT# 00111002943050 4 LOCATION: IN | 300.00 | 0.00 | | 0.00 | FA |
| 6. CHICAGO PATROLMEN'S CHECKING ACCT# 308786-2 LOCATI | 300.00 | 0.00 | | 0.00 | FA |
| 7. CHICAGO PATROLMEN'S FCU LOCATION: IN DEBTOR'S POSS | 400.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS AND FURNISHINGS LOCATION: IN DEBTO | 750.00 | 0.00 | | 0.00 | FA |
| 9. NECESSARY WEARING APPAREL LOCATION: IN DEBTOR'S PO | 500.00 | 0.00 | | 0.00 | FA |
| 10. DEFERRED COMP/PENSION | 48,000.00 | 0.00 | | 0.00 | FA |
| 11. 2003 LEXUS LOCATION: IN DEBTOR'S POSSESSION | 13,350.00 | 0.00 | | 0.00 | FA |
| 12. TAX REFUND (u) | 0.00 | 5,997.00 | | 5,997.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.40 | Unknown |

TOTALS (Excluding Unknown Values)    $691,700.00    $5,997.00                     $5,997.40    $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/10

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-06869 -CAD | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | HATCH, YOLANDA MARIE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******0483 BofA - Money Market Account |
| Taxpayer ID No: | ******2716 | | |
| For Period Ending: | 08/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/10 | 12 | The Chicago Patrolmen's Federal Credit Union | | 1224-000 | 5,997.00 | | 5,997.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 5,997.10 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,997.25 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,997.40 |

|  | COLUMN TOTALS | 5,997.40 | 0.00 | 5,997.40 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 5,997.40 | 0.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 5,997.40 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 5,997.40 | 0.00 | 5,997.40 |
| BofA - Money Market Account - ******0483 | 5,997.40 | 0.00 | 5,997.40 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | 0.00 |

Page Subtotals    5,997.40    0.00

## ANALYSIS OF CLAIMS REGISTER

CASE NO.: 10-06869-CAD
CASE NAME: HATCH, YOLANDA MARIE
CLAIMS BAR DATE: 08/10/10
CLAIMS REVIEWED BY: PHILIP V. MARTINO, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Administrative | | | 1,349.74 | 1,349.74 |
| | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Administrative | | | 0.00 | 0.00 |
| | | Subtotal for Class Administrative | | 0.00 | 1,349.74 | 1,349.74 |
| 000001<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | 12,700.00 | 14,375.51 | 14,375.51 |
| 000002<br>070<br>7100-00 | American Infosource Lp As Agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | 15,791.00 | 17,551.08 | 17,551.08 |
| 000003<br>070<br>7100-00 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | 23,500.00 | 25,296.94 | 25,296.94 |
| 000004<br>070<br>7100-00 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 | Unsecured | | 0.00 | 1,465.58 | 1,465.58 |
| 000005<br>070<br>7100-00 | Citibank South Dakota NA<br>DBA<br>4740 121st St<br>Urbandale, IA 50323 | Unsecured | | 0.00 | 1,395.18 | 1,395.18 |
| | | Subtotal for Class Unsecured | | 51,991.00 | 60,084.29 | 60,084.29 |
| | | Case Totals: | | 51,991.00 | 61,434.03 | 61,434.03 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

UST Form 101-7-TFR (9/1/2009) (Page: 5)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-06869
Case Name: HATCH, YOLANDA MARIE
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $   1,349.74 | $   0.00 |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                       | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor:  |                  | $    | $        |
| Attorney for:         |                  | $    | $        |
| Accountant for:       |                  | $    | $        |
| Appraiser for:        |                  | $    | $        |
| Other:                |                  | $    | $        |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,084.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 14,375.51 | $ 1,111.98 |
| 000002 | American Infosource Lp As Agent for | $ 17,551.08 | $ 1,357.62 |
| 000003 | Fia Card Services, NA/Bank of America | $ 25,296.94 | $ 1,956.78 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000004* | *Citibank South Dakota NA* | $ 1,465.58 | $ 113.36 |
| *000005* | *Citibank South Dakota NA* | $ 1,395.18 | $ 107.92 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .