CAROL A. DOYLE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HATCH, YOLANDA MARIE | § | Case No. 10-06869 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/23/2010 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/25/2010          By: Clerk of the Bankruptcy Court
                                      Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:   §
         §
HATCH, YOLANDA MARIE   §   Case No. 10-06869
         §
   Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,997.40 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 5,997.40 |

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
_____          $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 1,349.74 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,084.29 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 14,375.51 | $ 1,111.98 |
| 000002 | American Infosource Lp As Agent for | $ 17,551.08 | $ 1,357.62 |
| 000003 | Fia Card Services, NA/Bank of America | $ 25,296.94 | $ 1,956.78 |
| 000004 | Citibank South Dakota NA | $ 1,465.58 | $ 113.36 |
| 000005 | Citibank South Dakota NA | $ 1,395.18 | $ 107.92 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

       The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Philip V. Martino

                                                Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine              Page 1 of 1              Date Rcvd: Sep 17, 2010
Case: 10-06869                Form ID: pdf006             Total Noticed: 32
```

The following entities were noticed by first class mail on Sep 19, 2010.
```
db           +Yolanda Marie Hatch,    3508 West 85th Place,    Chicago, IL 60652-3776
aty          +Joseph J Cardinal,    Law Office of Jeseph Cardinal,    3960 West 95th Street,    2nd Floor,
               Evergreen Park, IL 60805-1905
tr            Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,    Suite 4000,    Chicago, IL   60654
15135200      Aurora Loan Services,    2617 College Park,    PO Box 1706,    Scottsbluff, NE  69363-1706
15135201      Bank Of America,    PO Box 15026,    Wilmington, DE  19850-5026
15135203      Chase,    PO Box 15153,    Wilmington, DE  19886-5153
15135204      Chase,    PO Box 9001020,    Louisville, KY  40290-1020
15135202      Chase,    PO Box 260161,    Baton Rouge, LA  70826-0161
15135205      Chase,    PO Box 78420,    Phoenix, AZ  85062-8420
15614375      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15135206     +Chicago Patrolmen's,    Credit Union,    1407 W Washington Blvd.,    Chicago, IL 60607-1820
15135207      Citibank,    PO Box 6000,    The Lakes, NV  89163-6000
15972945     +Citibank South Dakota NA,     DBA,    4740 121st St,    Urbandale, IA 50323-2402
15972944     +Citibank South Dakota NA,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
15135208     +City of Chicago - Collections,    121 N LaSalle, #107,    Chicago, IL 60602-1232
15135209      City of Chicago - Water Dept,    Bureau of Billings,    PO Box 6330,    Chicago, IL  60680-6330
15135210      Ed. Financial Services,    PO Box 36014,    Knoxville, TN  37930-6014
15135211      Ed. Financial Services,    Dept 888055,    Knoxville, TN  37995-8055
15135212     +FDIC - Franklin Bank,    9800 Richmond Avenue, Ste 680,    Houston, TX 77042-4574
15135213      Fisher asnd Shapiro, Attys,    4201 Lake Cook Road,    Northbrook, IL  60062-1060
15135214     +Home Depot,    Processing Center - HD,    Des Moines, IA 50364-0001
15135215     +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
15135216     +Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
15135217     +RCS,    4282 N Freeway,    Fort Worth, TX  76137-5021
15135218      Sears,    PO Box 183082,    Columbus, OH  43218-3082
15135219      Sears CBSD,    PO Box 183081,    Columbus, OH  43218-3081
15135220     +Specialized Loan Servicing,    8742 Lucent Blvd., Ste 300,    Highlands Ranch, CO 80129-2386
15135223      WFNNB NY and Co,    PO Box 659728,    San Antonio, TX  78265-9728
15135221      Wealthbridge,    PO Box 39483,    Solon, OH  44139-0483
15135222     +Wealthbridge,    15455 NW Greenbrier PKwy,    Ste 111,    Beaverton, OR 97006-7357
```
The following entities were noticed by electronic transmission on Sep 18, 2010.
```
15667303      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2010 01:09:19
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
15945304      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2010 01:09:19
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 19, 2010**                    **Signature:** *Joseph Speetjens*